**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**LISA SCOTT**                                                                    **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO.: 3:24-cv-41-JMV**

**BRENTWOOD ORIGINALS, INC.**                                   **DEFENDANT**

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause showing that settlement has not been completed and further litigation is necessary.

The attorneys are directed to submit to the Court a proposed agreed Order of Dismissal with prejudice, if appropriate.

THIS, the 14th day of February, 2025.

                                                               /s/ Jane M. Virden
                                                               UNITED STATES MAGISTRAGE JUDGE